UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br>between<br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and<br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Petitioners,<br>and<br>WORLDWIDE WATER TECHNOLOGIES, INC.,<br>Respondent. | **AFFIDAVIT OF SERVICE**<br>**07 CIV. 6969 (HB)** |

STATE OF NEW YORK     )
                     ) ss.
County of New York    )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On October 24, 2007, I served the Respondent herein with a copy of Petitioners' letter dated October 24, 2007, notifying Respondent of the change of the scheduled time for the October 25, 2007 Pre-Trial Conference, by causing a true copy of said papers addressed to the Respondent at 5 South Fulton Avenue, Mount Vernon, New York 10550 to be delivered to DHL Express within the State of New York for overnight delivery to Respondent.

3. On October 24, 2007, I also caused a copy of the October 24, 2007 letter to be transmitted to Respondent via electronic facsimile.

_____
Sabrina Brooks

Sworn to, before me, this 24th day of October 2007.

_____
Michele Reid

MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011