**△ UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

*UNITE HERE Fund Administrators, Inc.*

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

October 24, 2007

**VIA FAX - (914) 668-3339**
**AND OVERNIGHT DELIVERY SERVICE**

Worldwide Water Technologies, Inc.
5 South Fulton Avenue
Mount Vernon, New York 10550

    Re:    Laundry, Dry Cleaning Workers and Allied Industries Health Fund, et al.
             -v.- Worldwide Water Technologies, Inc. – 07-6969(HB)

Dear Sir or Madam:

    We represent the petitioners in the above-referenced proceeding to confirm an arbitration award against your firm for delinquent employee benefit contributions.

    Please be advised that Judge Harold Baer has changed the time of the October 25, 2007 Pre-Trial Conference from 2:15 p.m. to 4:30 p.m. at the United States Courthouse, 500 Pearl Street, New York, New York 10007. Also, please be advised that petitioners have applied to the Court for entry of a Default Judgment against Worldwide Water Technologies, Inc. in this proceeding.

    Thank you for your prompt attention in this matter.

                                                          Very truly yours,

                                                         David C. Sapp

cc:  Mr. Wilfredo Larancuent
      Ms. Rose-Magallie Maitre

515