SOUTHERN DISTRICT OF NEW YORK
In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

WORLDWIDE WATER TECHNOLOGIES, INC.,
Respondent.

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(A)
07 Civ. 6969 (HB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07

SIRS:

**PLEASE TAKE NOTICE**, that the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Petitioners"), having commenced the within action by filing the Notice of Petition to Confirm Arbitration Award on August 3, 2007, and a copy of the Petition having been served on Worldwide Water Technologies, Inc. (hereinafter, the "Respondent"), and no Answer, Counterclaim nor Motion for Summary Judgment having been served by the Respondent, and it being the Petitioners' intention to voluntarily dismiss this action without prejudice; it is

**THEREFORE**, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated:  October 26, 2007
        New York, New York

Mark Schwartz, Esq. – MS 0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

SO ORDERED:
Harold Baer, Jr.
United States District Court Judge